Dismissed and Memorandum Opinion filed June 28, 2007








Dismissed
and Memorandum Opinion filed June 28, 2007.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01049-CV

____________

 

ROBERT M. HART, Appellant

 

V.

 

THE ESTATE OF ROBERT HUME SMITH,
III, Appellee

 



 

On Appeal from the Probate Court No. 2

Harris County, Texas

Trial Court Cause No. 335-014-401

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 13, 2006.  On June 21, 2007, appellant
filed a motion to dismiss the appeal because the case has been settled. See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed June
28, 2007.

Panel consists of Justices Yates, Edelman, and Seymore.